NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT J. SARHAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2014-3197

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-13-2702-I-1.

---

**ON MOTION**

---

**O R D E R**

Robert J. Sarhan (Sarhan) moves for leave to withdraw his informal opening brief and to file a formal replacement brief. Sarhan also moves for an extension of time to file a formal replacement brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                         SARHAN v. DOJ

    (1)  The motions are granted to the extent that Sarhan's informal brief filed on September 16, 2014 will be withdrawn if he files a formal brief within 60 days of the date of filing of this order.

    (2)  If Sarhan does not file a formal brief within the 60 days allotted, the case will proceed on his previously filed informal brief.  The Department of Justice's brief is due within 100 days of the date of filing of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21